## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

TITO E. MARRERO  
Homelessness because of Real Estate  
Fraud and Attorney Racketeering  
foradfree12345@gmail.com

**Plaintiff,**

Vs.

CASE NO:

JUDGE:

**FEDERAL TORT ACT**
**CIVIL RIGHTS VIOLATIONS,**
**INCLUDING THEFT**
**BY BORDER PATROL POLICE**

Department of Homeland Security  
(**1**) Defendant Alejandro Mayorkas and (**2**) Defendant  
El Paso Border Patrol police force, and (**3**) Defendant DHS Legal Counsel  
Individual and Official Capacity Lawsuit (**There are three Defendants total**)  
et. al.

**Defendants**,

Plaintiff Tito, a person being discriminated against by Plain clothed foreign jewish people and these plain clothed jewish people persist and insist that I Tito a person who is NOT jewish to help sell America out through tacit agreement but I Tito do not understand or speak plain clothed jewish people language other than clearly established federal law, in which, plain clothed jewish people cannot speak federal law because law is foreign to plain clothed jewish people. Plaintiff Tito tried to use the federal court to bring an action at, paid for in full but plain clothed jewish people insist that help in some form in selling humams trafficking and drug dealing. Therefore, Tito files this Order seeking Summary Judgment against DHS Mayorkas and the plain clothed jewish people being sued in this action at law. Plainitiff Tito did his part as a US Citizen but only obtain plain clothed jewish wanting Plaintiff Tito sell humans and drug for Israel. These are the facts so Tito seeks Summary Judgment on pleading because there is NO DEFENSE to Plainitiff's pleadings filed and not Answered by DHS Mayorkas a plain clothed jewish selling humans and drugs not even debatable and Tito seeks

judgment so no more money time and effort to prove what is plain clothed jewish people motive operandi which is not my business.

Tito E. Marrero pro se

22 April, 2025

foradfree12345@gmail.com

214 697 6205

## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**TITO E. MARRERO Pro se**                                    CASE NO:
foradfree12345@gmail.com

        Plaintiff,

vs.

Department of Homeland Security
(**1**) Defendant Alejandro Mayorkas and (**2**) Defendant
El Paso Border Patrol police force, and (**3**) Defendant DHS Legal Counsel
Individual and Official Capacity Lawsuit (**There are three Defendants total**)
et. al.

        Defendants,

## ORDER

ON PLAINTIFF'S MOTION FOR DEFAULT SUMMARY JUDGMENT FILED PURSUANT TO FED RULES OF CIVIL PROCEDURE 56, the Dallas Federal District Court considers this Motion filed in the Court, and having considered the ( ) Plaintiff's   ( ) Defendant's *Motions* and or any other Oppositions filed, and for good cause being found, the Court ORDERS:

_____

_____
_____
_____
_____
_____
_____
_____

Date_____   _____
                                              JUDGE

ORDER ON MOTION FOR DEFAULT SUMMARY JUDGMENT ON PLEADINGS FOR FAILURE TO ANSWER - CLERK OF COURT OBSTRUCTIONS   AND LEGAL PROCESS AVOIDANCE AND ACCOUNTABILITY TO EVADE JUSTICE



Tito Marrero pro se
22 Apr, 2025

# United States District Court
## Northern District of Texas

*Dallas Division*

4/23/2025

U.S. District Clerk's Office
Western District of Texas, El Paso Division
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

Case No./Style: 3:25-cv-00052-KC; Marrero v. Mayorkas et al (WDTX)

The enclosed pleading was received at the Dallas Division Clerk's Office over the counter by Tito E Marrero on 04/22/2025. We are forwarding the document to your court, as the case was transferred to the Western District of Texas, El Paso Division.

Sincerely,

Deputy Clerk - K. Bacheller