IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| TITO MARRERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-25-CV-52-KC |
| | § | |
| ALEJANDRO MAYORKAS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered Plaintiff Tito Marrero's Motion for Default Judgment ("Motion"), ECF No. 10.  On February 5, 2025, Marrero filed a Motion to Proceed in Forma Pauperis, ECF No. 4.  That Motion was referred to Magistrate Judge Laura Enriquez on April 14 and remains pending.  *See* Apr. 14, 2025, Order, ECF No. 9.

Because Marrero's Motion to Proceed in Forma Pauperis has not yet been granted, his Complaint, ECF No. 3, has not been instated, and this action has not formally commenced.  *See, e.g.*, *Martinez v. O'Malley*, No. 3:24-cv-145-KC-ATB, 2024 WL 2451241, at *3 n.8 (W.D. Tex. May 8, 2024) ("Only the judge's order permitting the plaintiff to proceed *in forma pauperis*, and accepting the papers for filing, would commence the action." (quoting *Allen v. Atlas Box & Crating Co.*, 59 F.4th 145, 149 (4th Cir. 2023))), *adopted*, 2024 WL 2420759 (May 23, 2024). Therefore, the Motion for Default Judgment, as with any other requests for substantive relief, is premature.  *See, e.g.*, *Fitch v. Larpenter*, No. 18-cv-6860, 2018 WL 5779129, at *1 n.1 (E.D. La. Sept. 28, 2018), *adopted*, 2018 WL 5776546 (Nov. 2, 2018).

Moreover, because Marrero's IFP Motion remains pending, service has not been effected on any Defendant. Without proper service, Defendants are not obligated to respond, and entry of

default is not appropriate. Fed. R. Civ. P. 55(a); *see also, e.g.*, *Amoo v. Garland*, No. 23-cv-4692, 2024 WL 3843769, at *1 (S.D. Tex. July 30, 2024) (proof of service is a prerequisite to obtaining default or default judgment). For a better sense of the procedural steps in a federal lawsuit, Marrero may refer to the Court's Pro Se Manual, available at https://www.txwd.uscourts.gov/filing-without-an-attorney/pro-se-manual/.

Accordingly, Marrero's Motion for Default Judgment, ECF No. 10, is **DENIED**.

Finally, the Court notes that Marrero appears to have no fixed residence and has not received mail at the address on file—prior mailings have been returned as undeliverable. However, Marrero has provided an email address in his Motion for Default Judgment: foradfree12345@gmail.com.

The Clerk of Court is therefore instructed to **EMAIL** a copy of this Order, together with copies of the February 24, 2025, Text Order, and the April 14, 2025, Order, ECF No. 9, to Marrero at foradfree12345@gmail.com, with read receipt requested.

**SO ORDERED**.

SIGNED this 7th day of May, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE