IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| TITO MARRERO, | § |
| Plaintiff, | § |
| v. | § CAUSE NO. EP-25-CV-52-KC |
| ALEJANDRO MAYORKAS, et al., | § |
| Defendants. | § |

## ORDER

On this day, the Court considered the case. The Court ordered Plaintiff to pay the required filing fee by no later than October 2, 2025. Sept. 12, 2025, Order, ECF No. 18. The deadline has passed, and Plaintiff has not paid the required filing fee.

Accordingly, the case is **DISMISSED**.

The clerk shall close the case.

**SO ORDERED**.

SIGNED this 6th day of October, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE